IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND MEDICAL,                     :
REHABILITATION, INC., et al.          :
      Plaintiff                    :
    v.                                :        **Case No. MJG-02-2917**
                      :
UNITED STATES POSTAL                  :
SERVICE, et al.                       :
      Defendant                    :
           ..o0o..

### ORDER

The Court, having considered the Defendant's Motion for an Enlargement of Time, and there being good cause therefore, it is this 4th day of November, 2002, hereby

ORDERED that the deadline for filing an answer or other appropriate dispositive motion in response to plaintiff's complaint is December 16, 2002.

Marvin J. Garbis
United States District Judge