FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 18  P 2: 21

AT BALTIMORE

____ BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND MEDICAL, :
REHABILITATION, INC., et al. :
      Plaintiff :
   v. : Case No. MJG-02-2917
       :
UNITED STATES POSTAL :
SERVICE, et al. :
      Defendant :

..oOo..

ORDER

The Court, having considered the Defendant's Motion for an Enlargement of Time, and there being good cause therefore, it is this 12th day of December, 2002, hereby

ORDERED that the deadline for filing an answer or other appropriate dispositive motion in response to plaintiff's complaint is January 15, 2003.

Marvin J. Garbis
United States District Judge