FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 14  P 3: 26

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND MEDICAL     *
REHABILITATION, INC., et al.
    *
        Plaintiffs
    *
    vs.                       CIVIL ACTION NO. MJG-02-2917
    *
UNITED STATES POSTAL SERVICE,
et al.     *
        Defendants
*    *    *    *    *    *    *    *    *

<u>ORDER</u>

It appears necessary to correct a clerical error on the Memorandum and Order issued January 6, 2003.

Accordingly:

A.    The Memorandum and Order issued January 6, 2003 is hereby modified.

B.    The Conclusion is hereby corrected to state the following:

    For the foregoing reasons:

        1.    The Motion to Dismiss filed by Defendant Erwin I. Greenberg Commercial Corporation is GRANTED IN PART AND DENIED IN PART.

        2.    All claims against Defendant GCC in Counts I, and II are DISMISSED.

        3.    The claims against Defendant GCC in Counts III, IV, V, and VI remain pending.

        4.    Defendant GCC shall Answer Counts III, IV, V, and VI by January 24, 2003.

5. By January 24, 2003, Plaintiffs shall show cause why all claims by Plaintiffs Brown and Colley should not be dismissed.

So ORDERED this 14th day of January, 2003

_____
Marvin J. Garbis
United States District Judge