IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND MEDICAL,
REHABILITATION, INC., et al.
    Plaintiff

v.      Case No. MJG-02-2917

UNITED STATES POSTAL
SERVICE, et al.
    Defendant

..o0o..

### ORDER

The Court, having considered the Defendant's Motion for an Enlargement of Time, or in the Alternative Stay for Purposes of Pursuing Settlement Negotiations, and there being good cause therefore, it is this 16th day of January, 2003, hereby

ORDERED that this case has been referred to a magistrate judge for mediation, and that all litigation is stayed pending the completion of said mediation process.

Marvin J. Garbis
United States District Judge